**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

**KATIE MICHELLE RILEY** *Administrator of the ESTATE OF EDWARD W. RILEY, deceased*,

**Plaintiff,**

**v.**

**NEWREZ, LLC** *d/b/a SHELLPOINT MORTGAGE SERVICING*,

**Defendant.**

**CASE NO: 7:26-cv-235–WLS**

## ORDER

On August 18, 2026, Defendant Newrez, LLC, d/b/a Shellpoint Mortgage Servicing ("Newrez") removed the above-styled action from the Superior Court of Cook County, Georgia, to this Court. The complaint filed on behalf of Plaintiff reflects that Lea Gaskins Hazel, 300 East Fourth St., Adel, Georgia, is counsel for Plaintiffs. (See Doc. 1-1 at 6). On August 20, 2026, the Clerk of this Court issued a notice to Ms. Hazel that she does not meet the Court's required attorney admission policy. (*See* August 20, 2026 Docket text entry) The Clerk's notice required Ms. Hazel to meet all of the required attorney admissions policies of this Court within fourteen days of the notice, including the payment of Pro Hac Vice or admissions fees. The notice further provided in bold red type the warning that Ms. Hazel "will not receive electronic notification of electronic filings until you comply with the admissions requirements." (*Id.*) On August 25, 2026, Newrez filed a motion to dismiss (Doc. 2). To date, Ms. Hazel has not complied with the Clerk's notice, and the Clerk has brought this deficiency to the Court's attention for review.

Accordingly, it is hereby **ORDERED** that Lea Gaskins Hazel shall comply with the admission Rules of this Court **instanter**, but not later than **Monday, September 21, 2026**.

**SO ORDERED**, this 8th day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**