**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KATIE MICHELLE RILEY**<br>*Administrator of the ESTATE OF EDWARD W. RILEY, deceased*, | : | |
| **Plaintiff,** | : | **CASE NO:**<br>**7:26-cv-235–WLS** |
| **v.** | : | |
| **NEWREZ, LLC** *d/b/a SHELLPOINT MORTGAGE SERVICING*, | : | |
| **Defendant.** | : | |

## ORDER

On August 18, 2026, Defendant Newrez, LLC, d/b/a Shellpoint Mortgage Servicing ("Newrez") removed the above-styled action from the Superior Court of Cook County, Georgia, to this Court. On August 20, 2026, the Clerk of this Court notified Plaintiff's state court counsel, Lea Gaskins Hazel, that she did not meet the admission requirements of this Court, and by Order (Doc. 3) entered September 8, 2026, Ms. Hazel was ordered to comply with the admission Rules of this Court by Monday, September 21, 2026. To date, Ms. Hazel has failed to comply with the Court's Order.

Accordingly, Ms. Hazel is **ORDERED** to inform her client, Plaintiff Katie Michelle Riley, Administrator of the Estate of Edward W. Riley, Deceased, that at this time Ms. Hazel is not authorized to represent Plaintiff in this case. Further, Ms. Riley may not represent the Estate of Edward W. Riley *pro se* unless she is an attorney admitted to practice in this Court. *Franklin v. Garden State Life Ins.*, 462 F. App'x 928 (11th Cir. 2012) (finding administratrix of estate, a non-lawyer, was not permitted to proceed *pro se* on behalf of decedent's estate in bringing claims in federal court case). Thus, Plaintiff is personally responsible to acquire admitted counsel to prosecute this case.

In addition, Ms. Hazel shall notify Plaintiff that on August 25, 2026, Defendant Newrez, LLC, filed a motion to dismiss and that not only has Ms. Hazel failed to timely comply

with the Court's admission requirements, but that Ms. Hazel also failed to timely respond to Defendant's motion to dismiss. Counsel shall promptly provide Plaintiff with a copy of this Order.

**SO ORDERED**, this 23rd day of September 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**