**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**VALDOSTA DIVISION**

| | | |
|---|---|---|
| **KATIE MICHELLE RILEY** *Administrator of the ESTATE OF EDWARD W. RILEY, deceased*, | : | |
| **Plaintiff,** | : | **CASE NO: 7:26-cv-235–WLS** |
| **v.** | : | |
| **NEWREZ, LLC** *d/b/a SHELLPOINT MORTGAGE SERVICING*, | : | |
| **Defendant.** | : | |

## ORDER

By Order entered September 23, 2026 (Doc. 6), Plaintiff's state court counsel, Lea Gaskins Hazel, was ordered to notify her client, Plaintiff Katie Michelle Riley, Administrator of the Estate of Edward W. Riley, Deceased, that Ms. Hazel is not authorized to represent Plaintiff in this case because Ms. Hazel failed to comply with this Court's order to meet the required attorney admission policies of this Court. Further, Ms. Hazel was ordered to notify Ms. Riley that Ms. Riley herself may not represent the Estate of Edward W. Riley *pro se* unless she is an attorney admitted to practice in this Court. *Franklin v. Garden State Life Ins.*, 462 F. App'x 928 (11th Cir. 2012) (finding administratrix of estate, a non-lawyer, was not permitted to proceed *pro se* on behalf of decedent's estate in bringing claims in federal court case). Thus, Plaintiff is personally responsible to acquire admitted counsel to prosecute this case. Finally, Ms. Hazel was ordered to notify Plaintiff that Defendant Newrez, LLC, filed a motion to dismiss and that Ms. Hazel failed to timely respond to Defendant's motion to dismiss. To date, no counsel has entered an appearance in this case on behalf of Plaintiff.

Accordingly, for this case to proceed, Ms. Riley is ordered to retain a licensed attorney authorized to practice in this Court to represent her as the Administrator of the Estate of Edward W. Riley, Deceased. Such counsel must file an entry of appearance no later than **Wednesday, December 2, 2026**. Failure to comply with the order for counsel to enter

appearance on or before Wednesday, December 2, 2026, may result in dismissal of this case without prejudice.

It is further Ordered, that upon counsel's entry of appearance, Plaintiff shall have twenty-one days within which to respond to Defendant's motion to dismiss. Thereafter, the Court shall consider and make its ruling on Defendant's motion to dismiss.

**SO ORDERED**, this 3rd day of November 2026.

**/s/W. Louis Sands**
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**